**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1887

ALLISON SYDNEY BROWN,

Plaintiff - Appellant,

v.

THE WASHINGTON UNIVERSITY, Individually and in their official capacity; ELIZABETH WALSH, Individually and in their official capacity; ADRIENNE DAVIS, Individually and in their official capacity; CARRIE BURNS, Individually and in their official capacity; RUSSELL OSGOOD, Individually and in their official capacity; ROBERT WILD, Individually and in their official capacity; DARRELL HUDSON, Individually and in their official capacity; DEANNA WENDLER-MODDE, Individually and in their official capacity; NICOLE GORE, Individually and in their official capacity; PEGGIE SMITH, Individually and in their official capacity; MARK KAMIMURA-JIMENEZ, Individually and in their official capacity; ELIZABETH KATZ, Individually and in their official capacity; ANGELA SMITH, Individually and in their official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:24-cv-03198-TDC)

Submitted:  February 19, 2026                    Decided:  February 23, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Allison Sydney Brown, Appellant Pro Se. Alicia Marie Swartz Pitts, SAUL EWING LLP, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allison Sydney Brown appeals the district court's order dismissing her civil complaint without prejudice for lack of personal jurisdiction.  We have reviewed the record and find no reversible error.  Accordingly, we deny Brown's second motion to amend the caption and affirm the district court's order.  *Brown v. The Wash. Univ.*, No. 8:24-cv-03198-TDC (D. Md. Aug. 1 & 12, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
